**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                    CASE NO.: 13-29658-EPK

ROGER WILLIAM BLOAT,                          CHAPTER 13

DEBTOR.

_____/

## NOTICE OF FILING ARM LETTER

Movant, Carrington Mortgage Services, LLC (the "Movant"), by and through counsel, gives notice of filing of ARM Letter attached as Exhibit A.

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was served on April 22, 2014 by CM/ECF electronic filing to all registered users in this matter and by U.S. Mail to the non-registered user or users below.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 708-2328
Fax (954) 571-4003

/s Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573
mgulisano@vanlawfl.com

**MAILING MATRIX:**

ROGER WILLIAM BLOAT
598 PEPPERGRASS RUN
WEST PALM BEACH, FL 33411



P.O. Box 54285
Irvine, CA 92619-4285

04/11/14

ROGER W BLOAT
NEIRA I BLOAT
598 PEPPERGRASS RUN
ROYAL PALM BEACH FL 33411

Re: Carrington Mortgage Services Loan #: ████████

### CHANGES TO YOUR MORTGAGE INTEREST RATE AND PAYMENTS ON May 1, 2014

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6-month period during which your interest rate stayed the same.  That period ends on May 1, 2014, so on that date your interest rate and mortgage payment change.  After that, your interest rate may change every 6 months for the rest of your loan term.

|  | **Current** Rate and (monthly) Payment | **New** Rate and (monthly) Payment |
|---|---|---|
| Interest Rate | 6.87500% | 6.87500% |
| Principal | $598.97 | $602.40 |
| Interest | $2122.96 | $2119.53 |
| Escrow (Taxes and Insurance) | $735.07 | $735.07 |
| **Total (monthly) Payment** | **$3457.00** | **$3457.00 (due 06/01/14)** |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin".  Under your loan agreement, your index rate is SIX MONTH LIBOR and your margin is 5.00000%.  The SIX MONTH LIBOR is published daily in THE WALL STREET JOURNAL.

**Rate Limit(s):**  Your rate cannot go higher than 12.87500% over the life of the loan.  Your rate can change every 6 months by no more than 2.00000%.

**New Interest Rate and Monthly Payment:**  The table above shows your new interest rate and new monthly payment.  Your new payment is based on the SIX MONTH LIBOR, your margin, index rounding nearest of 0.12500%, your loan balance of $369,954.52, and your remaining loan term of 264 months.

**Prepayment Penalty:**  None

EXHIBIT "A"



For more information, inquiries and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O Box 54285, Irvine, CA 92619-4285, or calling 1.800.561.4567.  Please include your loan number on all pages of correspondence.  The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 7:00 a.m. to 6:00 p.m., Pacific Time, Monday through Friday. You may also visit our website at myloan.carringtonms.com.

Sincerely,


Loan Servicing Department
Carrington Mortgage Services, LLC



# IMPORTANT DISCLOSURES

**Important Bankruptcy Notice:**
If you have received a discharge in bankruptcy and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for the debt, but rather provides informational notice regarding the status of the account.  You are not obligated to discuss your home loan with us or to enter into a loan modification or other loan-assistance program.  You should consult with your advisor of choice about your legal rights and options.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**SCRA Disclosure:**
**MILITARY PERSONNEL/SERVICEMEMBERS:**  If you or your spouse is a member of the military, please contact us immediately.  The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief.  For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**Mini Miranda:**
This communication is from a debt collector and is for the purpose of collecting a debt, and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act, and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States or does not owe the debt by other operation of law.

**Credit Reporting:**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Equal Credit Opportunity Act Notice:**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**HUD Counselor Information:**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**New York:**
New York City Department of Consumer Affairs License Number 

This Collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176

For New York residents: You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS (1-877-226-5697) or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

**CARRINGTON**
MORTGAGE SERVICES

**North Carolina:**
Carrington Mortgage Services, LLC is licensed under the North Carolina Agency Permit No. 102107 & 103455 and North Carolina Secure and Fair Enforcement Mortgage Licensing Act. 1610 E. Saint Andrew Place, Suite B-150, Santa Ana, CA 92705.

**Minnesota:**
Carrington Mortgage Services, LLC is licensed by the Minnesota Department of Commerce.

**Tennessee:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Massachusetts:**
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**Texas:**
Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

**Colorado:**
For Colorado Residents:
13111 E. Briarwood Ave., Suite#340
Centennial, CO 80112
(303) 708-8795

**Inquiries and Complaints:**
For inquiries and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O Box 54285, Irvine, CA 92619-4285, or calling 800-561-4567. Please include your loan number on all pages of correspondence. The CUSTOMER SERVICE DEPARTMENT for CMS is toll free and you may call from 7:00 a.m. to 6:00 p.m., Pacific Time, Monday through Friday. You may also visit our website at myloan.carringtonms.com.