

1610 E. St. Andrew Place, Santa Ana, CA 92705
(866) 874-5860

# HELPING YOU STAY IN YOUR HOME.



MAKING HOME AFFORDABLE

**You may be able to make your payments more affordable!**
**Call 1.866.874.5860 for Immediate Assistance.**

03/31/14

ROGER W BLOAT
NEIRA I BLOAT
598 PEPPERGRASS RUN
ROYAL PALM BEACH    FL  33411

**Property Address:**
598 PEPPERGRASS RUN
ROYAL PALM BEACH    FL 33411

Dear Mortgagor(s),

**Congratulations!**  You are approved to enter into a trial period plan under the Home Affordable Modification Program.  This is the first step toward qualifying for more affordable mortgage payments.  Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do...**
To accept this offer, you must make your first monthly "trial period payment."  To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

| | | |
|---|---|---|
| 1st payment | $1736.00 | by 05/01/14 |
| 2nd payment | $1736.00 | by 06/01/14 |
| 3rd payment | $1736.00 | by 07/01/14 |

You shall remit all payments during the Trial Period in funds that are acceptable to CMS.  If your account is currently in foreclosure or otherwise requires CERTIFIED FUNDS then you shall remit all payments during the Trial Period via Western Union, MoneyGram, or Certified Funds made payable to the following:

| | | |
|---|---|---|
| Carrington Mortgage Services, LLC<br>1610 E. St. Andrew Place, Ste. B150<br>Santa Ana, CA  92705 | Western Union: Quick Collect<br>City Code: CARRINGTONMS<br>State Code: CA | MoneyGram<br>Receive Code: 7998 |

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified.  (Your existing loan and loan requirements remain in effect and unchanged during the trial period.)  **Please be advised that if each payment is not received by Carrington Mortgage Services, LLC in the month in which it is due, this offer will end and your loan will not be modified under the Home Affordable Modification Program.**

If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at **1.866.874.5860** as we may be able to help you.  (Also, please review the attached "Frequently Asked Questions.")

Sincerely,

**Home Retention Department**
**Carrington Mortgage Services, LLC**

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

The *Making Home Affordable Program* was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we — your mortgage servicer — and the Federal Government are working to offer you options to help you stay in your home.



1610 E. St. Andrew Place, Santa Ana, CA  92705
(866) 874-5860

**FREQUENTLY ASKED QUESTIONS**  Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

- If you make your new payments timely **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting the Trial Period Plan or the permanent modification, however CMS will not make inaccurate payment delinquency reports to the credit reporting agencies provided you are making the reduced payments timely during the Trial Period and the loan modification.  For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total gross monthly income, which we determined to be **$6212.44** based upon the income documentation you provided.  If the loan is successfully modified, your new payment also will be based on 31% of your gross income.  In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we *estimate* your modified interest rate would be **2.00%.   Your final modified interest rate may be different**.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs.  Your modified monthly payment may change if your property taxes and insurance premiums change.  If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of **$1422.72**; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of **$23.72** per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 1.866.874.5860.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.



1610 E. St. Andrew Place, Santa Ana, CA 92705
(866) 874-5860

**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

**Q.  Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years.  At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q.  What if I other questions about Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE Hotlin   e at **1-888-995-HOPE (4673)**. This
Hotline can help with questions about the program and offers access to free HUD-certified
counseling services in English and Spanish.



**Q.  What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and
provide them with your name, our name as your servicer, your property address, loan number and
reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled
Asset Relief Program, 1801 L Street NW, Washington, DC 20220.





1610 E. St. Andrew Place, Santa Ana, CA 92705
(866) 874-5860

**IMPORTANT PROGRAM INFO**   Here's additional information you need to know about the Home Affordable Modification Program.

## Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 05/31/14. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.

- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

- You understand that you are not required to waive or release any claims and/or defenses in connection with this Agreement

Bankruptcy Notice:

You agree that if you are currently subject to the protections of any automatic stay in bankruptcy, or have obtained a discharge in a bankruptcy proceeding, nothing in the trial period plan, any final modification agreement, or any other document executed in connection with this offer shall be construed as an attempt by Lender to impose personal liability for the loan.



1610 E. St. Andrew Place, Santa Ana, CA  92705
(866) 874-5860

**Beware of Foreclosure Rescue Scams. Help is free!**

- There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.

    o  For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.



## IMPORTANT DISCLOSURES

**Important Bankruptcy Notice:**
If you have received a discharge in bankruptcy and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for the debt, but rather provides informational notice regarding the status of the account. You are not obligated to discuss your home loan with us or to enter into a loan modification or other loan-assistance program. You should consult with your advisor of choice about your legal rights and options. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**SCRA Disclosure:**
**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**Mini Miranda:**
This communication is from a debt collector and is for the purpose of collecting a debt, and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act, and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States or does not owe the debt by other operation of law.

**Credit Reporting:**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Equal Credit Opportunity Act Notice:**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**HUD Counselor Information:**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**New York:**
New York City Department of Consumer Affairs License Number 1264739

This Collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176

For New York residents: You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS (1-877-226-5697) or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

**North Carolina:**
Carrington Mortgage Services, LLC is licensed under the North Carolina Agency Permit No. 102107 & 103455 and North Carolina Secure and Fair Enforcement Mortgage Licensing Act. 1610 E. Saint Andrew Place, Suite B-150, Santa Ana, CA 92705.

**Minnesota:**
Carrington Mortgage Services, LLC is licensed by the Minnesota Department of Commerce.

**Tennessee:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Massachusetts:**
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**Texas:**
Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

**Colorado:**
For Colorado Residents:
13111 E. Briarwood Ave., Suite#340
Centennial, CO 80112
(303) 708-8795

**Inquiries and Complaints:**
For inquiries and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O Box 54285, Irvine, CA 92619-4285, or calling 800-561-4567. Please include your loan number on all pages of correspondence. The CUSTOMER SERVICE DEPARTMENT for CMS is toll free and you may call from 7:00 a.m. to 6:00 p.m., Pacific Time, Monday through Friday. You may also visit our website at myloan.carringtonms.com.